AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>GARCIA, ORLANDO L. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>03/25/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ARTICLE III JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>John H. Wood Jr. U.S. Courthouse<br>655 E. Ceasar Chavez Blvd.<br>San Antonio, TX 78206 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/1/2002 | State legislative and judicial pension accounts which have vested and are created under Texas state law |
| 2. 12/1/2012 | I am presently receiving my state legislative pension which began at age 50. I am presently receiving my state judicial pension which began at age 60. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 03/25/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Employees Retirement System of Texas (state legislative pension-paid in monthly installments) | $25,019.68 |
| 2. | 2013 | Judicial Retirement System of Texas | $18,333.36 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Northeast ISD - salary |
| 2. | 2013 | Northern Trust Company - annuity |
| 3. | 2013 | Teacher Retirement System of Texas - annuity |
| 4. | 2013 | Coty US LLC - salary |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **GARCIA, ORLANDO L.** | 03/25/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BLACKROCK ALL-CAP GLOBAL RESOURCE | A | Int./Div. | J | T | | | | | |
| 2. BLACKROCK GLOBAL ALLOCATION | A | Int./Div. | K | T | | | | | |
| 3. DELAWARE DIVERSIFIED INCOME | A | Int./Div. | J | T | Sold (part) | 10/08/13 | J | | |
| 4. FIRST EAGLE GLOBAL | A | Int./Div. | K | T | | | | | |
| 5. IVY ASSET STRATEGY | A | Int./Div. | K | T | Sold (part) | 10/08/13 | J | | |
| 6. MATTHEWS ASIAN GROWTH & INCOME | A | Int./Div. | J | T | | | | | |
| 7. PIMCO REAL RETURN | A | Int./Div. | J | T | Sold (part) | 10/08/13 | J | | |
| 8. RYDEX MANAGED FUTURES | A | Int./Div. | | | Sold | 10/08/13 | J | | |
| 9. PIMCO DELVELOPING LOCAL MARKETS | A | Int./Div. | | | Sold | 10/08/13 | J | | |
| 10. VANGUARD BAL INDEX FD | A | Int./Div. | J | T | | | | | |
| 11. HIGHLAND LONG/SHORT HEALTHCARE FD | A | Int./Div. | J | T | | | | | |
| 12. OPPENHEIMER DEV MARKETS | A | Int./Div. | K | T | Sold (part) | 10/08/13 | K | | |
| 13. OPPENHEIMER INTL BD FD | A | Int./Div. | | | Sold | 10/08/13 | J | | |
| 14. PRUDENTIAL GLOBAL FD | A | Int./Div. | K | T | Sold (part) | 10/08/13 | J | | |
| 15. PUTMAN CAPITAL SPECTRUM FD | A | Int./Div. | K | T | Buy (add'l) | 10/08/13 | J | | |
| 16. NATIXIS MANAGED FUTURES FD | A | Dividend | K | T | Sold (part) | 10/08/13 | J | | |
| 17. YACKTMAN FOCUSED FD | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. EATON VANCE RETURN FD | A | Int./Div. | | | Sold | 10/08/13 | J | | |
| 19. PIMCO DEV MARKETS | A | Int./Div. | J | T | | | | | |
| 20. TEMPLETON INCOME FDS | A | Int./Div. | J | T | | | | | |
| 21. INVEST MANAGERS | A | Int./Div. | | | Sold | 10/08/13 | J | | |
| 22. RS GLOBAL NAT. RESOURCES | A | Int./Div. | | | Sold | 10/08/13 | J | | |
| 23. ING/AUSTIN FIXED FUND (X) | A | Int./Div. | K | T | | | | | |
| 24. FROST BANK CHECKING | A | Int./Div. | J | T | | | | | |
| 25. FROST BANK SAVINGS | A | Int./Div. | K | T | | | | | |
| 26. FIDELITY ADVISOR MATERIALS CLASS I | A | Int./Div. | K | T | Buy | 10/08/13 | K | | |
| 27. LOMIS STRATEGIC INCOME FD | A | Int./Div. | K | T | Buy | 10/08/13 | K | | |
| 28. MAINSTAY TR MARKETFIELD FD | A | Int./Div. | J | T | Buy | 10/08/13 | J | | |
| 29. OPPENHEIMER STEELPATH FD | A | Int./Div. | K | T | Buy | 10/08/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 03/25/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I HAVE FILED THIS AMENDED REPORT TO COMPLY WITH THE COMMITTEE'S DIRECTIVE DATED JUNE 5, 2014.

IN PART IV, THE MUTUAL FUNDS LISTED ON PAGE 4, LINES 11, 15 AND 16; AND PAGE 5, LINES 26-29, HAVE BEEN MORE SPECIFICALLY IDENTIFIED IN CONFORMITY WITH THE COMMITTEE'S DIRECTIVE AND FILING INSTRUCTIONS.

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 03/25/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ORLANDO L. GARCIA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544